Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(*s*): 15-55945

Case Name: Charles Paddock, et al. v. Dreamworks Animation SKG, Inc., et al.

The Clerk will enter my appearance as counsel on behalf of: Roofers Local No. 149 Pension Fund

[x] Appellant  [ ] Petitioner  [ ] Amicus Curiae  [ ] Appellant/Cross-Appellee
[ ] Appellee   [ ] Respondent  [ ] Intervenor    [ ] Appellee/Cross-Appellant

[x] Check if you are lead counsel.
   Lead counsel must be designated if a party is represented by more than one attorney or law firm.

If this case has been re-assigned to you from another attorney in your office *(i.e., the Federal Public Defenders Office, OIL, or a law firm)*, indicate who you are replacing. Provide the name of counsel only if the attorney is no longer on the case.

I am replacing *(name of counsel)*: 

Name: Susan Katina Alexander

Firm/Office: Robbins Geller Rudman & Dowd LLP

Address: Post-Montgomery Center, One Montgomery Street, Suite 1800

City: San Francisco   State: CA   Zip Code: 94104

Email: salexander@rgrdlaw.com   Re-enter Email: salexander@rgrdlaw.com

Phone Number *(including area code)*: (415) 288-4545

Signature *(use "s/" format)*: s/Susan K. Alexander   Date: 06/23/15

9th Circuit Case Number(s) 15-55945

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

*********************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system on *(date)* Jun 23, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Signature *(use "s/" format)*  s/Susan K. Alexander

*********************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system on *(date)* _____.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature *(use "s/" format)*