# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | 15-55945 |
| Case Title | Roofers Local 149 Pension Fund v. Dreamworks Animation SKG, Inc., et al. |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | February 8, 2017 | Time | 9:00 a.m. | Courtroom | Three |
| Location | Pasadena | | | | |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Susan K. Alexander |
| Phone | (415)288-4545 |
| Email Address | salexander@rgrdlaw.com |
| Party/parties represented | Roofers Local 149 Pension Fund |
| Names of other appearing counsel on side and allocation of total time per side if more than one attorney to argue | |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using CM/ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/Susan K. Alexander | Date | November 30, 2016 |

### Filing Instructions

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in CM/ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or, if exempt from electronic filing-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250